AO91 (Rev. 8/01)  Criminal Complaint                                         United States District Court
                                                                             Southern District of Texas
                                                                                    FILED

# United States District Court

                                                                             NOV 30 2010   MR

**SOUTHERN** _____ DISTRICT OF _____ **TEXAS**
                                                                             David J. Bradley, Clerk
                                                                                  Laredo Division

UNITED STATES OF AMERICA    FPD                **CRIMINAL COMPLAINT**
            V.
                                               Case Number:   L-10-MJ- 2897
Jose Ruperto Landa-Rodriguez
        A#087 621 285            75K4/5
    Nuevo Laredo, Tamualipas

   (Name and Address of Defendant)    PE 12/14/10

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about  **September 1, 2009**  in **Laredo, Texas**  **WEBB**  County, in
                                          (Date)
the   **Southern**   District of  **Texas,**   **Jose Ruperto Landa-Rodriguez**   defendant(s),

a   **Mexican**   alien, did unlawfully enter and attempt to enter the United States at a place other than as designated
by immigration officers, said offense having occurred subsequent to defendant's **arrest and conviction under the same**
section before the United States Magistrate Judge in **Laredo, Texas** under Docket No.  **5:09-po-09200**  on or about
**August 11, 2009**   .

in violation of Title   **8**   United States Code, Section(s)   **1325 Felony**

I further state that I am a(n)   **Immigration Enforcement Agent**   and that this complaint is based on the
                                        Official Title
following facts:  based on statements of the accused and records of the Department of Homeland Security.

Furthermore, it is based on verbal statements by,   **Jose Ruperto Landa-Rodriguez**  , who admitted to being a citizen of
        **Mexico**         , who entered and attempted to enter illegally into the United States by wading the Rio Grande River near,
**Laredo, Texas**   , thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the
United States.  This illegal entry and attempted entry took place on   **September 1, 2009**  subsequent to the defendant's arrest
and conviction under the same section before the United States Magistrate Judge in   **Laredo, Texas**   under Docket No.
**5:09-po-09200**   on or about   **August 11, 2009**   .

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

                                                        _____
                                                        Signature of Complainant

                                                        **R. Randez**
                                                        Printed Name of Complainant

Sworn to before me and signed in my presence,

**November 30, 2010**                            at   Laredo, Texas
Date                                                  City and State

**Guillermo R. Garcia**
U.S. Magistrate Judge                                 _____
Name and Title of Judicial Officer                    Signature of Judicial Officer